re:  discord.com

ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an agent authorized to act on behalf of RossCreations, Inc. whose exclusive copyrights are being infringed. The information in this notice is accurate.

Original Works & Copyright Holder(s):
RossCreations Inc
4501 Manatee Avenue West
PO Box 177
Bradenton, FL  34209

The works in question are copyrighted videos produced by RossCreations Inc

I have a good faith belief that the items or materials listed below are not authorized by the above owners, their agents or the law and therefore infringe the owner's rights. Please act expeditiously to remove or disable access to the infringing material or items listed as follows – the images, videos and/or download links at the following URL(s):

https://discord.com/channels/831700540509519892/1157798990537031730/1192290585621569586
https://discord.com/channels/831700540509519892/1157798990537031730/1192291180210290739
https://discord.com/channels/831700540509519892/1192271331702612018/1192271481699319879
https://discord.com/channels/831700540509519892/1192271331702612018/1192282820220031107
https://discord.com/channels/831700540509519892/1192271331702612018/1192283229781241906
https://discord.com/channels/831700540509519892/1192271331702612018/1192285477202571395
https://discord.com/channels/831700540509519892/1192271331702612018/1192287059830898809
https://discord.com/channels/831700540509519892/1192271331702612018/1192288828740861994
https://discord.com/channels/831700540509519892/1192271331702612018/1192653179079372892
https://discord.com/channels/831700540509519892/1192271331702612018/1192653554838687754
https://discord.com/channels/831700540509519892/1192271331702612018/1192654359675281469
https://discord.com/channels/831700540509519892/1192271331702612018/1192655138444283985
https://discord.com/channels/

831700540509519892/1192271331702612018/1192656154329878660
https://discord.com/channels/831700540509519892/1192271331702612018/1192657586022010920
https://discord.com/channels/831700540509519892/1192271331702612018/1192658879314661468
https://discord.com/channels/831700540509519892/1192271331702612018/1192660217717084270
https://discord.com/channels/831700540509519892/1192271331702612018/1192661160802127952
https://discord.com/channels/831700540509519892/1192271331702612018/1192663486917005383
https://discord.com/channels/831700540509519892/1192271331702612018/1192664375274770442
https://discord.com/channels/831700540509519892/1192271331702612018/1192666660298047588
https://discord.com/channels/831700540509519892/1192271331702612018/1192666922836295701
https://discord.com/channels/831700540509519892/1192271331702612018/1192667083733991566
https://discord.com/channels/831700540509519892/1192271331702612018/1192667552728485958
https://discord.com/channels/831700540509519892/1192271331702612018/1192668599874232380

Truthfully,
/S/: Eric Green


Remove Your Media®, LLC
3308 Preston Rd Ste 350-157
Plano, TX 75093-7453
Ph: 866-541-5173
E-mail:   infringement@removeyourmedia.com
1/7/2024 4:03:08 PM